# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**WILLIAM DICKERSON,**
**Petitioner,**

vs.                                                                                                  Case Number:   **07-2178**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** that the petitioner's petition to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is dismissed.  This case is terminated.

ENTER this 19th day of February 2008.

s/Pamela E Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK